**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Innovative Building Systems, LLC, *et al.*[1] | Case No. 16-_____ (___) |
| Debtors. | |

## GLOBAL NOTES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Innovative Building Systems, LLC and its subsidiaries, as debtors (each individually a "Debtor," and collectively, the "Debtors"), are filing their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (11 U.S.C. §§ 101 *et. seq.*, the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes Regarding the Schedules and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements were prepared by the Debtors, in consultation with their advisors, and (i) are unaudited, (ii) do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), (iii) were gathered from a variety of different sources available to the Debtors and (iv) were prepared with such data to provide a cut-off as near as possible to May 11, 2016 (the "Petition Date"). The last formal close performed by the Debtors was as of March 31, 2016, however most balances have been updated to reflect values near the Petition Date unless otherwise noted . While the Debtors and their advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on the information that was available at the time of preparation, further research or discovery may identify subsequent information and inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Innovative Building Systems, LLC (5751); AAH of Indiana, LLC (2650); AAH of Iowa, LLC (0423); EHG Acquisition Co, LLC (8286); Excel Homes Group, LLC (4182); Excel Homes of Maine, LLC (6066); Excel Homes of New York, LLC (2946); Excel Homes of Virginia, LLC (9017); HandCrafted Enterprises, LLC (2532); HandCrafted Holdings, LLC (4237); Innovative Design and Building Services, LLC (0419); Innovative Shared Services, LLC (8334). The address of each of the Debtors is 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055.

#39168100 v1

Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to the chapter 7 cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of claims or contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterization of the assets and liabilities listed in the Schedules and Statements. Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.

The Debtors reserve all rights with respect to any causes of action and nothing in the Schedules and Statements or these Global Notes shall be deemed a waiver of any such causes of action. Similarly, in instances where the Debtors are defendants in pending causes of action, nothing in the Schedules and Statements or these Global Notes shall be deemed as an admission or determination with respect to, or a waiver of any defense or objection to, such causes of action, and all of the Debtors' defenses, objection and other rights with respect to such causes of action are hereby preserved.

Ms. Jolene Myers has signed each of the Schedules and Statements. Ms. Myers is the President and Chief Financial Officer of Debtor Innovative Building Systems, LLC and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Myers necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Ms. Myers has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

*### End of Global Notes ###*

#39168100 v1

**Fill in this information to identify the case:**

Debtor name    Innovative Building Systems, LLC

United States Bankruptcy Court for the: _____ District of DE
                                                       (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*...........................................................    $          0

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................    $     5,178,461

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................    $     5,178,461

---

**Part 2:**    **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............    $    14,552,013

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................    $          0

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................    **+** $     2,393,858

4. **Total liabilities**.....................................................................................    $    16,945,871
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Innovative Building Systems, LLC

United States Bankruptcy Court for the: _____ District of DE _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. **Cash on hand**                                                        $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____                                    $_____
4.2. _____                                    $_____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

**Part 2:   Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. See attached schedule.                                      $ 239,873.00
7.2. _____                                       $_____

Debtor    Innovative Building Systems, LLC                   Case number (if known)_____
        Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. Prepayment on Leases - see attached schedule.                        $ 17,052.00

    8.2. Prepayment on Insurance - see attached schedule.                  $ 533,856.00

**9. Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                   $ 790,781.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                           Current value of debtor's interest

**11. Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........→     $_____
                         face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........→     $_____
                        face amount        doubtful or uncollectible accounts

**12. Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.         $_____

## Part 4:  Investments

**13. Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

                                  Valuation method      Current value of debtor's
                                  used for current value    interest

**14. Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                        % of ownership:

    15.1. See attached schedule.          _____%    _____    $ Unknown.

    15.2. _____   _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

**17. Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                $_____

Debtor    Innovative Building Systems, LLC
_____
          Name

Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Innovative Building Systems, LLC _____     Case number *(if known)* _____
                    Name

33. **Total of Part 6.**                                                                              $_____
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ 42,272.00 | Cost less accum. dep | $ 42,272.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 334,384.00 | Cost less accum. dep | $ 334,384.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                              $ 381,656.00*
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

*Equipment with net book value of zero is not reflected; value is unknown

| Debtor | Innovative Building Systems, LLC | Case number (if known)_____ |
|--------|----------------------------------|------------------------------------------|
|        | Name                             |                                          |

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Innovative Building Systems, LLC | Case number (if known) |
|--------|----------------------------------|------------------------|
|        | Name                             |                        |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Space - Mechanicsburg, PA | Lessee | $ n/a | n/a | $ n/a |
| 55.2 Office Space - Santa Ana, CA | Lessee | $ n/a | n/a | $ n/a |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>Tradenames and Trademarks | $ 816,767.00 | Valued at acquist.<br>less accum. amortization. | $ 816,767.00 |
| 61. Internet domain names and websites<br>Domain names and websites | $ Unknown. | | $ Unknown. |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations<br>Customer lists | $ 1,964,215.00 | Valued at acquist.<br>less accum. amortization. | $ 1,964,215.00 |
| 64. Other intangibles, or intellectual property Internally developed software | $ 1,579,179.00 | Cost basis | $ 0.00 |
| 65. Goodwill | $ 1,204,638.00 | Valued at acquist.<br>less accum. amortization | $ 1,204,638.00 |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 3,985,620.00

Debtor    Innovative Building Systems, LLC _____    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ − _____ = → $_____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

See item two above. _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

Misc. receivables _____    $ 20,404.00
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 20,404.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    Innovative Building Systems, LLC
          _____
          Name

Case number (if known)_____

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 790,781.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 381,656.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 3,985,620.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 20,404.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...........91a. | $ 5,178,461.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  $ 5,178,461.00

Debtor: Innovative Building Systems, LLC
Attachment to Schedule A/B
Part 2: Deposits and prepayments

| Refundable Deposits Paid to | 12/31/15 Balance | Additional Paid | Reimbursed / Taken as | Current Month Balance | Comments |
|---|---|---|---|---|---|
| PMA Insurance Group / IWC Escrow | $ 30,000.00 | | | $ 30,000.00 | 7/7/10 $75,000 deposit; 11/14/11 ($10,000) return, 10/18/12 ($35,000) return |
| Morgan Stanley Travelers Bond | 64,872.95 | | | 64,872.95 | (140,000.00-75,127.05 deposit recd 4/19/13) |
| Orange & Rockland | 20,000.00 | | | 20,000.00 | Acct 48675-88023 Electric (99.98%) |
| BMO (Bank of Montreal) | 105,000.00 | | | 105,000.00 | cash collateral/ LOC increase |
| Pioneer Capital | 20,000.00 | | | 20,000.00 | installment with term sheet |
| | $ 239,872.95 | | | $ 239,872.95 | |

Julie

Julie

Debtor: Innovative Building Systems, LLC
Attachment to Schedule A/B
Part 2: Deposits and prepayments

| Refundable Deposits Paid to | 12/31/15 Balance | Additional Paid | Reimbursed / Taken as | Current Month Balance | Comments |
|---|---|---|---|---|---|
| VAR | $ 2,228.49 | | | $ 2,228.49 | Last month's payment deposit |
| Alvarado Smith | 14,824.00 | | | 14,824.00 | Santa Ana 1 mo rent |
| | $ 17,052.49 | | | $ 17,052.49 | |

Debtor: Innovative Building Systems, LLC
Attachment to Schedule A/B
Part 2: Deposits and Prepayments

Prepaid Insurance Schedule

| Policy Holder | Policy Number | Policy Description | Policy Type | Policy Underwriter | Effective Date | Expiration Date | Prepaid Balance |
|---|---|---|---|---|---|---|---|
| Innovative Building Systems Holdings, LLC | wc3878592-01 | Workers Compensation | Workers Compensation- WI Only | Zurich American Ins Co | 07/01/15 | 07/01/16 | |
| Innovative Building Systems Holdings, LLC | WC387851704 | Workers Compensation | Workers Compensation-Large Deductible | Zurich American Ins Co | 07/01/15 | 07/01/16 | $ 197,593.00 |
| Innovative Building Systems Holdings, LLC | | | Workers Compensation with State Funds - See Attached Schedule | | | | |
| Innovative Building Systems Holdings, LLC | BAP 9267715 05 | Business Auto | Business Auto Coverage | Zurich American Ins Co | 07/01/15 | 07/01/16 | 78,807.00 |
| Innovative Building Systems Holdings, LLC | 03057255 | General Liab | General Liability Coverage | Allied World Assurance Company (US) Inc | 07/01/15 | 07/01/16 | |
| Innovative Building Systems Holdings, LLC | 0309-6772 | Excess Liability (Lead) | Excess Liability Coverage - $5MM | Allied World Assurance Company (US) Inc | 07/01/15 | 07/01/16 | |
| Innovative Building Systems Holdings, LLC | 002447100 | Excess Liability | Excess Liability Coverage - $10mm xs $5MM | Ironshore Specialty Insurance Co. | 07/01/15 | 07/01/16 | 216,771.00 |
| Innovative Building Systems Holdings, LLC | CEX-09601637-00 | Excess Liability | Excess Liability - $10MM xs $15MM | Gemini Insurance Co. | 07/01/15 | 07/01/16 | |
| Innovative Building Systems Holdings, LLC | ERP 9319915-02 | Property | Property | Zurich American Ins Co | 04/15/16 | 04/15/17 | - |
| Innovative Building Systems Holdings, LLC | 06-988-56-23 | Executive Package | DO/EPL/FID/Crime | National Union Fire Insurance Co. | 01/27/16 | 01/27/17 | 38,182.00 |
| Innovative Building Systems Holdings, LLC | 8704939198201 6 | Flood- Liverpool Locations Flood | | American Bankers Insurance Company of Florida | 3/31/2016 | 3/31/2017 | 2,503.00 |
| | | | | | | Total Prepaid Balance | 533,856.00 |

Note: These policies are subject to audit.

Debtor: Innovative Building Systems, LLC
Attachment to Schedule A/B
Part 2: Deposits and prepayments

Modular North America, LLC- Assigned Risk Workers' Compensation

2015-2016

| State/Entity | Carrier | Policy# | Eff. Date | States Covered | Location Address |
|---|---|---|---|---|---|
| **INDIANA** | | | | | |
| Modular North America, LLC | Technology Insurance Company | TARIN45239-03 | 7/1/15-7/1/16 | Indiana | 1418 S 13 th Street |
| | | | | | Decatur, IN 46733 |
| **IOWA** | | | | | |
| Modular North America, LLC | LM Insurance Corporation | WCS-34S-533706-015 | 7/1/15-7/1/16 | Iowa | 1551 15th Ave SE |
| | | | | | Dyersville, IN 52040 |
| | | | | | Boonville, MO 65233 |
| **VIRGINIA** | | | | | |
| Modular North America, LLC | Zurich American Insurance Company | 6Z2IJN-8945774-7-15 | 7/1/15-7/1/16 | Virginia | 260 Weaver Street |
| | | | | | Rocky Mount, VA 24151-2251 |

Debtor: Innovative Building Systems, LLC
Attachment to Schedule A/B
Part 4: Investments
Item 15: Non-publicly traded stock and interests in incorporated and unincorporated businesses.

| Name | % of Ownership | Valuation Method | Current value |
|---|---|---|---|
| Innovative Design & Building Services, LLC | 100% | | Unknown. |
| Innovative Shared Services, LLC | 100% | | Unknown. |
| Excel Homes Group, LLC | 100% | | Unknown. |
| Excel Homes of Maine, LLC | 100% | | Unknown. |
| Excel Homes of Virginia, LLC | 100% | | Unknown. |
| AAH of Indiana, LLC | 100% | | Unknown. |
| AAH of Iowa, LLC | 100% | | Unknown. |
| AAH of Colorado, LLC | 100% | | Unknown. |
| Excel Homes of New York, LLC | 100% | | Unknown. |
| HandCrafted Holdings, LLC | 100% | | Unknown. |

**Fill in this information to identify the case:**

Debtor name ___Innovative Building Systems, LLC___

United States Bankruptcy Court for the: _____ District of _____
                                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
See attached schedule

**Describe debtor's property that is subject to a lien**
See attached schedule                     $_____    $_____

Creditor's mailing address
See attached schedule

_____
_____

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**2.2** Creditor's name
_____

**Describe debtor's property that is subject to a lien**
_____     $_____    $_____

Creditor's mailing address
_____

_____
_____

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 14,552,013.00

Schedule to Form 206D
Debtor Name: | Innovative Building Systems, LLC |

**Part 1 of Schedule D: List of Creditors Who Have Claims Secured by Property**

| | CREDITOR | DESCRIBE DEBTORS PROPERTY SUBJECT TO LIEN | DATE DEBT INCURRED | DESCRIPTION OF LIEN | RELATED PARTY | AMOUNT OF CLAIM* | VALUE OF COLLATERAL SUPPORTING CLAIM | NAMES OF CREDITORS WITH SIMILAR INTERESTS IN PROPERTY | PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| 2.1 | All American Homes of Colorado, LLC<br>Attn: Michael Phillips<br>HIG Capital<br>500 Boylston Street, 20th floor<br>Boston, MA 02116<br>mphillips@higcapital.com | All assets of the debtor | 1/28/2014 | 4th Priority | Yes | $ 1,605,624 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Indiana, LLC<br>All American Homes of Iowa, LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems, Inc. | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.2 | All American Homes of Indiana, LLC<br>Attn: Michael Phillips<br>HIG Capital<br>500 Boylston Street, 20th floor<br>Boston, MA 02116<br>mphillips@higcapital.com | All assets of the debtor | 1/28/2014 | 4th Priority | Yes | $ 814,115 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Colorado, LLC<br>All American Homes of Iowa, LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems, Inc. | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.3 | All American Homes of Iowa, LLC<br>Attn: Michael Phillips<br>HIG Capital<br>500 Boylston Street, 20th floor<br>Boston, MA 02116<br>mphillips@higcapital.com | All assets of the debtor | 1/28/2014 | 4th Priority | Yes | $ 677,882 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Colorado, LLC<br>All American Homes of Indiana LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems, Inc. | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.4 | HD Special Situations III, LP<br>Attn: Todd Blankfort<br>One Maritime Plaza, Suite 825<br>San Francisco, CA 94111<br>todd@hdcap.com | All assets of the debtor | 12/16/2014 | 1st Priority | No | $ 7,683,130 | $ 5,178,461 | All American Homes of Iowa, LLC<br>UFP Eastern Division, Inc.<br>All American Homes of Colorado, LLC<br>All American Homes of Indiana LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems, Inc. | 4th Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.5 | Innovative Building Systems Holdings, LLC<br>Attn: Jeff Samson<br>1 MacArthur Place, Suite 310<br>Santa Ana, CA 92707<br>jeff.samson@ibsmodular.com | All assets of the debtor | 1/28/2014 | 4th Priority | Yes | $ 1,078,582 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Indiana, LLC<br>All American Homes of Iowa, LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems, Inc<br>Innovative Building Systems Holdings, LLC<br>All American Homes of Colorado | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.6 | Innovative Building Systems Holdings, LLC<br>Attn: Jeff Samson<br>1 MacArthur Place, Suite 310<br>Santa Ana, CA 92707<br>jeff.samson@ibsmodular.com | All assets of the debtor | 3/14/2016 | 3rd Priority | Yes | $ 376,682 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Indiana , LLC<br>All American Homes of Iowa, LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems, Inc<br>Innovative Building Systems Holdings, LLC | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien |

Schedule to Form 206D
Debtor Name: Innovative Building Systems, LLC

Part I of Schedule D: List of Creditors Who Have Claims Secured by Property

| | CREDITOR | DESCRIBE DEBTORS PROPERTY SUBJECT TO LIEN | DATE DEBT INCURRED | DESCRIPTION OF LIEN | RELATED PARTY | AMOUNT OF CLAIM* | VALUE OF COLLATERAL SUPPORTING CLAIM | NAMES OF CREDITORS WITH SIMILAR INTERESTS IN PROPERTY | PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | All American Homes of Colorado | 4th Lien |
| 2.7 | Innovative Building Systems, Inc<br>Attn: Michael Philips<br>HIG Capital<br>500 Boylston Street, 20th floor<br>Boston, MA 02116<br>mphillips@higcapital.com | All assets of the debtor | 1/28/2014 | 4th Priority | Yes | $ 1,123,272 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Indiana, LLC<br>All American Homes of Iowa, LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>All American Homes of Colorado | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.8 | Mod-U-Kraf Homes, LLC<br>Attn: Michael Philips<br>HIG Capital<br>500 Boylston Street, 20th floor<br>Boston, MA 02116<br>mphillips@higcapital.com | All assets of the debtor | 1/28/2014 | 4th Priority | Yes | $ 1,135,726 | $ 5,178,461 | HD Special Situations III, LP<br>UFP Eastern Division, Inc.<br>All American Homes of Indiana, LLC<br>All American Homes of Iowa, LLC<br>All American Homes of Colorado, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems, Inc. | 1st Lien<br>2nd Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |
| 2.9 | UFP Eastern Division, Inc.<br>Attn: Brad French<br>2801 East Beltline, N.E.<br>Grand Rapids, Michigan 49525<br>bfrench@ufpi.com | All assets of the debtor | 3/14/2016 | 2nd Priority | No | $ 57,000 | $ 5,178,461 | HD Special Situations III, LP<br>All American Homes of Colorado, LLC<br>All American Homes of Indiana, LLC<br>All American Homes of Iowa, LLC<br>Mod-U-Kraf Homes, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems Holdings, LLC<br>Innovative Building Systems, Inc. | 1st Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>4th Lien<br>3rd Lien<br>4th Lien |

$ 14,552,013

*Includes accrued interest through 3/31/15

Debtor  Innovative Building Systems, LLC
        _____        Case number (if known)_____
        Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| SEE ATTACHED | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

**FORM 206D**
**PART 2**

| NAME & ADDRESS | CORRESPONDING LINE ON PART 1 |
|---|---|
| MCGUIREWOODS LLP<br>ATTN: MARK FREELANDER<br>625 LIBERTY AVE, 23RD FLOOR<br>PITTSBURGH, PA 15222 | 2.4 |
| PAUL HASTINGS<br>ATTN: AMIT MEHTA<br>71 SOUTH WACHER DRIVE, SUITE 4500<br>CHICAGO, IL 6606 | 2.1<br>2.2<br>2.3<br>2.7<br>2.8 |
| SHULMAN HODGES & BASTIAN LLP<br>ATTN: JAMES BASTIAN JR<br>8105 IRVINE CENTER DRIVE, #600<br>IRVINE, CA 92618 | 2.5<br>2.6 |
| VARNUM LLP<br>ATTN: MICHAEL ROMAYA<br>39500 HIGH POINTE BLVD, SUITE 350<br>NOVI, MICHIGAN 48375 | 2.9 |

**Fill in this information to identify the case:**

Debtor  INNOVATIVE BUILDING SYSTEMS, LLC

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     Total claim $_____     Priority amount $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2**
Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3**
Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    INNOVATIVE BUILDING SYSTEMS, LLC                    Case number (if known)_____
              Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
see attached

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**FORM 206E/F**
**PART 2 - NONPRIORITY UNSECURED CLAIMS**

**INNOVATIVE BUILDING SYSTEMS, LLC**

| CREDITOR NAME | CREDITOR MAILING ADDRESS | Date Debt Was Incurred | Basis for Claim | Claim Amount | |
|---|---|---|---|---|---|
| 1SOURCE INTERNATIONAL LLC | 925 WOODSTOCK ROAD SUITE 150  ROSWELL,GA 30075 | 08/30/12 | Services Rendered | 108.57 | |
| ADVANCED BUSINESS EQUIPMENT INC | P O BOX 5836  ASHVILLE,NC 28813 | 09/14/11 | Services Rendered | 918.00 | |
| ALVARADOSMITH | 1 MACARTHUR PLACE SUITE 200  SANTA ANA,CA 92707 | 01/28/16 | Lease Agreement | 51,289.76 | |
| ANDERSEN TAX HOLDINGS LLC (WTAS HOLDINGS LLC) | BOX 200988  PITTSBURGH,PA 15251-0988 | 09/28/15 | Services Rendered | 65,129.50 | |
| AON PROPERTY RISK CONSULTING, INC. | 25032 NETWORK PLACE  CHICAGO,IL 60673-1032 | 10/15/15 | Services Rendered | 40,408.80 | |
| AON RISK SERVICES, INC OF FLORIDA | AON RISK SERVICES COMPANIES, INC. 75 REMITTANCE DRIVE SUITE 1943 CHICAGO,IL 60675-1943 | 04/13/16 | Insurance financing | 86,161.09 | |
| ARNOLD USED  OFFICE FURNITURE | 313 N 4TH STREET  BRIDGEPORT,PA 19405 | 12/11/15 | Goods received | 6,121.50 | Disputed |
| CAPITAL BLUE CROSS-BOX 779516 | P O BOX 779516  HARRISBURG,PA 17177-9516 | 02/03/16 | Medical Claims & Services Rendered | 316,188.87 | |
| CENTURYLINK (ACCT#62151211) | BUSINESS SERVICES ACCT#62151211 PO BOX 52187 PHOENIX,AZ 85072-2187 | 03/19/16 | Services Rendered | 608.05 | |
| CHARTER ONE BANK | PO BOX 18290  BRIDGEPORT, CT 06601 | 04/30/16 | Credit card | 750,000.00 | Disputed* |
| CIGNA | PO BOX 13701  PHILADELPHIA, PA 19101 | 12/17/15 | Audit premium- LTD | 43,683.24 | |
| COMPANMAGEMENT INC | P O BOX 182412  COLUMBUS,OH 43272 | 06/02/11 | Services Rendered | 2,725.00 | |
| CT LIEN SOLUTIONS | P O BOX 301133  DALLAS,TX 75303 | 03/18/16 | Services Rendered | 1,470.00 | |
| EFFECT WEB MEDIA INC | P.O. BOX 2124  WARSAW,IN 46581 | 10/19/15 | Services Rendered | 3,000.00 | |
| EMPLOYEE BENEFIT SPECIALISTS, INC. | P.O. BOX 11657  PLEASANTON,CA 94588 | 04/14/16 | Benefit premiums & Services Rendered | 60,258.11 | |
| ERTH HOLDINGS INC | 180 WHITING STREET UNIT 8  INGERSOLL,ON N5C 3B5 | 07/27/15 | Services Rendered | 200,929.81 | |
| FIRST INSURANCE FUNDING CORP | P.O. BOX 7000  CAROL STREAM,IL 60197-7000 | 04/11/16 | Insurance financing | 5,013.71 | |
| GILMOUR CONSULTING, LLC | 500 WILLIAMS ROAD  WYNNEWOOD,PA 19096 | 03/28/16 | Services Rendered | 9,331.70 | |
| H.I.G. ALL AMERICAN, LLC | 500 Boylston Street, 20th floor, Boston, MA 02116 | 12/01/15 | Lease Agreement | 161,758.72 | |
| H.I.G. EXCEL MORTGAGE, LLC | 501 Boylston Street, 20th floor, Boston, MA 02116 | 01/26/16 | Services Rendered | 846.00 | |
| HUGHES PITTMAN & GUPTON, LLP | 1500 SUNDAY DRIVE SUITE 300  RALEIGH,NC 27607 | 09/18/15 | Services Rendered | 1,500.00 | |
| KEYSTONE MOBILE SHREDDING, INC. | PO BOX 3304   WILLIAMSPORT,PA 17701 | 12/07/15 | Services Rendered | 1,092.00 | |
| KYLE OH, BI CONSULTANT | 5096 BRUNSWICK DRIVE   CYPRESS,CA 90630 | 12/03/15 | Services Rendered | 3,500.00 | |
| MARCO & STARAS PLLC | 33 WHITEHALL STREET, 16TH FL  NEW YORK,NY 10004 | 10/02/15 | Services Rendered | 13,553.93 | |
| MCGLADREY LLP | 5155  PAYSPHERE CIRCLE  CHICAGO,IL 60674 | 03/09/16 | Services Rendered | 33,950.00 | |
| MCNEES WALLACE & NURICK LLC | P.O. BOX 1166  HARRISBURG,PA 17108-1166 | 09/14/15 | Services Rendered | 143,621.41 | |
| NEXTEC OPERATING CORP. | P O BOX 61384  PHOENIX,AZ 85082-1384 | 08/14/15 | Services Rendered | 4,902.50 | |
| PARK PLACE TECHNOLOGIES | PO BOX 71-0790  COLUMBUS,OH 43271-0790 | 06/25/12 | Services Rendered | 2,319.24 | |
| PAUL HASTINGS LLP | LOCKBOX 4803 PO BOX 894803  LOS ANGELES,CA 90189-4803 | 11/17/15 | Services Rendered | 5,240.40 | |
| POWERBOX COMMUNICATIONS CRAFTER, LLC | 7377 MARYWOOD DRIVE  NEWBURGH,IN 47630 | 03/04/16 | Services Rendered | 240.00 | |
| R & J SIGN COMPANY | R & J SIGN COMPANY C/O FIRST STATE BANK 992 5TH STREET JELLICO,TN 37762 | 09/24/11 | Services Rendered | 500.00 | |
| RANDSTAD PROFESSIONALS US LP | DBA RANDSTAD PROFESSIONALS US LP PO BOX 742689 ATLANTA,GA 30374 | 01/17/16 | Services Rendered | 5,723.97 | |
| RELIABLE COURIER SERVICE INC | P O BOX 675  ELKHART,IN 46515 | 11/30/12 | Services Rendered | 152.00 | |
| RICOH USA(1465683 Phila box 41564) | P O BOX 41564  PHILADELPHIA,PA 19101-1564 | 02/26/16 | Lease Agreement | 771.20 | |
| RICOH USA INC (Philadelphia box 827577) | P O BOX 827577  PHILADELPHIA,PA 19182-7577 | 02/21/16 | Lease Agreement | 1,400.69 | |
| RITTER ROAD INVESTORS LLC | C/O PROPERTY MANAGEMENT, INC. 1300 MARKET STREET P.O. BOX 622 LEMOYNE,PA 17043 | 04/01/16 | Lease Agreement | 12,191.60 | |
| SOFTCHOICE CORPORATION | 16609 COLLECTIONS CENTER DRIVE  CHICAGO,IL 60693 | 05/12/15 | Services Rendered | 4,861.61 | |
| TAIGMARS INC | 223 S MAIN STREET SUITE 100  ELKHART,IN 46516 | 04/30/12 | Services Rendered | 4,184.00 | |
| VAR RESOURCES, INC | P O BOX 10306  DES MOINES,IA 50306-0306 | 02/17/16 | Lease Agreement | 7,808.96 | |
| WESTBURY GROUP, LLC | 39 RIVERSIDE AVE SUITE 200  WESTPORT,CT 06880 | 11/30/15 | Services Rendered | 95,715.58 | |
| WILLIS OF WISCONSIN, INC. | 93033 NETWORK PLACE  CHICAGO,IL 60673 | 02/28/16 | Services Rendered | 1,500.00 | |
| YANTRAM ANIMATION STUDIO | #902 SAMEDH TOWER C.G. ROAD  AHMEDABAD 80009,GUJARAT INDIA | 08/12/15 | Services Rendered | 15,000.00 | |
| YORK RISK SERVICES GROUP (CA) | ATTN: CLIENT BANKING DEPT P O BOX 340  UPLAND,CA 91785 | 02/29/16 | Workers' comp claims | 17,754.04 | |
| YORK RISK SERVICES GROUP(PHILA, PA) | P O BOX 784516 ATTN: ACCTS REC CLIENT 2860  PHILADELPHIA,PA 19178-4516 | 02/29/16 | Services Rendered | 259.20 | |
| ZURICH AMERICAN INSURANCE COMPANY | 8734 PAYSPHERE  CHICAGO,IL 60674 | 03/01/16 | Insurance claims & premiums | 210,165.22 | |
| | | | | **2,393,857.98** | |

*Innovative Building Systems is not named on the cardholder agreement.

Note: the manufacturing debtors provided certain warranties in connection with the sale of their finished product. Unless otherwise noted in the Schedules, the manufacturing debtors have not included any potential warranty claims in their Schedules.

Debtor    INNOVATIVE BUILDING SYSTEMS, LLC          Case number (if known)_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | PAUL HASTINGS, ATTN: AMIT MEHTA<br>71 SOUTH WACKER DR, SUITE 4500, CHICAGO, IL 60606 | Line _____<br>☑ Not listed. Explain notified as secured creditor | __ __ __ __ |
| 4.2. | MCGUIREWOODS LLP, ATTN: MARK FREEDLANDER<br>625 LIBERTY AVE, 23RD FLOOR, PITTSBURGH, PA 15222 | Line _____<br>☑ Not listed. Explain notified as secured creditor | __ __ __ __ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   INNOVATIVE BUILDING SYSTEMS, LLC _____     Case number (if known)_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ 0 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,393,857.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,393,857.98 |

**Fill in this information to identify the case:**

Debtor name    Innovative Building Systems, LLC

United States Bankruptcy Court for the: _____    District of _____
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached |
| | | See attached |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Attachment to Schedule G, #2**
**Debtor: Innovative Building Systems, LLC**
**Case Number:**

| Name | Mailing Address | Description | Remaining Term |
|---|---|---|---|
| MYERS, JOLENE A | 911 LAGUNA ROAD, PASADENA, CA 91105 | EMPLOYMENT CONTRACT | 5/30/2017 |
| HICKMAN, PHILIP | 4812 ROUTE 204, SELINSGROVE, PA 17870 | EMPLOYMENT CONTRACT | 5/30/2017 |
| BOLIAKIS, FOTIS | 6 CATHERINE STREET, FAIRFIELD, CT 06824 | SEVERANCE AGREEMENT | 7/31/2016 |
| KONDISKO, KERRI | 341 WEST AVENUE, MOUNT CARMEL, PA 17851 | SEVERANCE AGREEMENT | 5/27/2016 |
| RITTER ROAD INVESTORS, LLC | 758 MOUNT MORO ROAD, VILLANOVA, PA 19085 | REAL PROPERTY LEASE | 12/31/2020 |
| ALVARADOSMITH, APC | ATTN: THOMAS A, ZEIGLER, ESQ, 1 MACARTHUR PLACE, SUITE 200, SANTA ANA, CA 92707 | REAL PROPERTY LEASE | 9/30/2016 |
| Pitney Bowes Global Financial | ATTN: BOX 371887, 500 ROSS ST., SUITE 154-0470, PITTSBURGH, PA 15262 | Postage Machine Lease# 6558812 | 1/31/2017 |
| Avaya Financial | CIT Finance LLC, 10201 Centurion Parkway North, Jacksonville, FL 33256 | IP Office - IP500 | 3/7/2017 |
| Ricoh USA | P O BOX 41564, PHILADELPHIA, PA 19101 | Ricoh MP C4503 copier/C82022151 | 9/23/2017 |
| Hitachi Capital | 21925 NETWORK PLACE, CHICAGO, IL 60673 | 250 WinEntfor SA ALNG Upgrades | 7/24/2016 |
| CIT Finance | CIT Finance LLC, 10201 Centurion Parkway North, Jacksonville, FL 33256 | MPSA - O365 Pro Plus | 7/13/2016 |
| VAR Resource | P O BOX 10306, DES MOINES, IA 50306 | Fixed asset capital lease | 6/30/2016 |
| Data Sales | NW 7305, PO BOX 1450, MINNEAPOLIS, MN 55485 | Fixed asset capital lease | 7/31/2017 |
| CIT Finance | CIT Finance LLC, 10201 Centurion Parkway North, Jacksonville, FL 33256 | Fixed asset capital lease | 8/15/2018 |
| Telcom Managed Solutions, Inc | PO Box 2151, CYPRESS, CA 90630 | 3 LifeSize Icon 600 Camera & Shelfs | 5/30/2019 |
| Telcom Managed Solutions, Inc | PO Box 2151, CYPRESS, CA 90630 | LifeSize Cloud - up to 25 users | 5/30/2019 |
| Telcom Managed Solutions, Inc | PO Box 2151, CYPRESS, CA 90630 | Barco Mini Units | 5/30/2019 |
| ELECTRONIC COMMERCE INC | 2810 DEXTER DRIVE, ELKHART, IN 46514 | THIRD PARTY SERVICE-PAYROLL | 90 DAYS WRITTEN NOTICE |

Attachment to Schedule G, #2
Debtor: Innovative Building Systems, LLC
Case Number:

| Name | Mailing Address | Description | Remaining Term |
|---|---|---|---|
| EMPOWER RETIREMENT | GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, RETIREMENT SERVICES DIVISION, 8515 E. ORCHARD RD., GREENWOOD VILLAGE, CO 80111 | THIRD PARTY SERVICE- 401K RECORDKEEPING | 60 DAYS WRITTEN NOTICE |
| SHERIDAN ROAD ADVISORS, LLC | 707 SKOKIE BLVD., SUITE 250, NORTHBROOK, IL 60062 | THIRD PARTY SERVICE- 401K ADVISORY AND CONSULTING | 30 DAYS WRITTEN NOTICE |
| EMPLOYEE BENEFIT SPECIALISTS INC | 5934 GIBRALTAR DRIVE, SUITE 206, PLEASANTON, CA 94507 | THIRD PARTY SERVICE- BENEFITS ADMIN | 11/1/2016 |
| CAPITAL BLUE CROSS | 2500 ELMERTON AVENUE, HARRISBURG, PA 17177 | THIRD PARTY SERVICE- MEDICAL CLAIMS ADMINISTRATION | 12/31/2016 |
| CENTURYLINK COMMUNICATIONS | 100 CENTURYLINK DRIVE, MONROE, LA 71203 | THIRD PARTY SERVICE - DATA NETWORK | 10/22/2017 |
| SPRINT SOLUTIONS, INC. | 6391 SPRINT PARKWAY, OVERLAND, KS 66251 | THIRD PARTY SERVICE - DATA NETWORK | 7/10/2016 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | 1601 CHESTNUT ST, PHILADELPHIA, PA 19192 | DENTAL- PERFORMANCE GUARANTEE | 12/31/2016 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | 1601 CHESTNUT ST, PHILADELPHIA, PA 19192 | ACCIDENTAL DEATH- GROUP POLICY | 31 DAYS WRITTEN NOTICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | 1601 CHESTNUT ST, PHILADELPHIA, PA 19192 | LIFE INSURANCE- GROUP POLICY | 31 DAYS WRITTEN NOTICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | 1601 CHESTNUT ST, PHILADELPHIA, PA 19192 | LTD- GROUP POLICY | 31 DAYS WRITTEN NOTICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | 1601 CHESTNUT ST, PHILADELPHIA, PA 19192 | STD- GROUP POLICY | 31 DAYS WRITTEN NOTICE |
| MAAX AKER | MAXX BATH, INC., 160 ST-JOSEPH BLVD, LACHINE, QC H8S 2L3 | VENDOR CONTRACT- REBATES | 1/31/2017 |
| ANDERSON WINDOWS, INC | 100 4TH AVE N, BAYPORT, MN 55003 | VENDOR CONTRACT- REBATES | 30 DAYS WRITTEN NOTICE |
| CERTAINTEED SIDING AND VINYL PRODUCTS | 750 EAST SWEDESFORD ROAD, VALLEY FORGE, PA 19482 | VENDOR- PRICING AGREEMENT | 2/13/2018 |

Attachment to Schedule G, #2
Debtor: Innovative Building Systems, LLC
Case Number:

| Name | Mailing Address | Description | Remaining Term |
|---|---|---|---|
| FERGUSON ENTERPRISES, INC | PO BOX 2778, 12500 JEFFERSON AVE., NEWPORT NEWS, VA 23602 | VENDOR- PRICING AGREEMENT | 4/1/2018 |
| MASCO CORPORATION | 21001 VAN BORN ROAD, TAYLOR, MI 48180 | VENDOR- PRICING/REBATES | 12/31/2016 |
| SEA GULL LIGHTING PRODUCTS, LLC | 1829 UNDERWOOD BOULEVARD, SUITE 2, DELRAN, NJ 08075 | VENDOR- PRICING AGREEMENT | 12/31/2019 |
| THE SHERWIN WILLIAMS COMPANY | 101 PROSPECT AVENUE, N.W., CLEVELAND, OH 44115 | VENDOR- PRICING/REBATES | 12/31/2019 |
| KEYSTONE BUILDING PRODUCTS, INC | 2585 ROUTE 522, SELINSGROVE, PA 17870 | VENDOR- PRICING/REBATES | 7/1/2016 |
| SIMPSON STRONG-TIE COMPANY, INC | 5956 W. LAS POSITAS BOULEVARD, PLEASANTON, CA 94588 | VENDOR CONTRACT- REBATES | 12/31/2016 |
| UNIVERSAL FOREST PRODUCTS, INC.; UFP GORDON, LLC; UFP NEW LONDON, LLC; UFP JANESVILLE, LLC; UFP WINDSOR, LLC; AND UFP GRANGER, LLC | UNIVERSAL FOREST PRODUCTS, INC., ATTN: MIKE COLE, 2801 EAST BELTLINE NE, GRAND RAPIDS, MI 48225 | VENDOR CONTRACT- REBATES | 7/1/2016 |

**Fill in this information to identify the case:**

Debtor name    Innovative Building Systems, LLC

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | See Attached | Street _____ City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street _____ City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |

**Attachment to Schedule H, #2**
**Debtor: Innovative Building Systems, LLC**
**Case Number:**

| Codebtor | Mailing Address | Creditor | Schedules that apply |
|---|---|---|---|
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Excel Homes of New York, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Handcrafted Enterprises, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Handcrafted Holdings, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | HD Special-Situations III, LP | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |

**Attachment to Schedule H, #2**
**Debtor: Innovative Building Systems, LLC**
**Case Number:**

| Codebtor | Mailing Address | Creditor | Schedules that apply |
|---|---|---|---|
| AAH of Colorado, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Excel Homes of New York, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Handcrafted Enterprises, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Handcrafted Holdings, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems Holdings, LLC | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Excel Homes of New York, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Handcrafted Enterprises, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |

**Attachment to Schedule H, #2**
**Debtor: Innovative Building Systems, LLC**
**Case Number:**

| Codebtor | Mailing Address | Creditor | Schedules that apply |
|---|---|---|---|
| Handcrafted Holdings, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | UFP Eastern Division, Inc. | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| AAH of Colorado, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Innovative Building Systems, Inc. | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| AAH of Colorado, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |

**Attachment to Schedule H, #2**
**Debtor: Innovative Building Systems, LLC**
**Case Number:**

| Codebtor | Mailing Address | Creditor | Schedules that apply |
|---|---|---|---|
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Indiana, LLC | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| AAH of Colorado, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Iowa, LLC | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |

**Attachment to Schedule H, #2**
**Debtor: Innovative Building Systems, LLC**
**Case Number:**

| Codebtor | Mailing Address | Creditor | Schedules that apply |
|---|---|---|---|
| AAH of Colorado, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | All American Homes of Colorado, LLC | D |
| Excel Homes Group, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| Innovative Shared Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| Innovative Design and Building Services, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| AAH of Iowa, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| AAH of Indiana, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| AAH of Colorado, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| Excel Homes of Maine, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |
| Excel Homes of Virginia, LLC | 4900 Ritter Road, Suite 130, Mechanicsburg, PA 17055 | Mod-U-Kraf Homes, LLC | D |

**Fill in this information to identify the case and this filing:**

Debtor Name  Innovative Building Systems, LLC

United States Bankruptcy Court for the: _____  District of  DE
                                                            (State)

Case number (*if known*):  _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Jolene Myers
Printed name

President and Chief Financial Officer
Position or relationship to debtor